Kaleb MURRAY, Petitioner–Appellant,

v.

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, Respondent–Appellee.

No. 02–6855.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 15, 2002.

Decided Aug. 22, 2002.

Kaleb Murray, Appellant Pro Se. Samuel Creighton Waters, Office of the Attorney General of South Carolina, Columbia, South Carolina, for Appellee.

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Kaleb Murray appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Murray v. South Carolina Dep't of Corrections,* No. CA–01–3111–3–18BC (D.S.C. May 13, 2002). We dispense with oral

---

argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Ricky M. Watson appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Watson v. Cherry,* No. CA–01–107–2 (E.D.Va. May 29, 2002). We deny his motions for summary judgment and to obtain medical records. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*